## BONHAM *et al.* v. PARRIS *et al.*

No. 5280.    Opinion Filed October 19, 1915.

(152 Pac. 451.)

**APPEAL AND ERROR—Scope of Review—Failure to File Brief.**
Where plaintiff in error has perfected an appeal and in compliance with the rules of this court has filed a brief, and the defendant in error has neither filed a brief nor offered any excuse for such failure, the court is not required to search the record to find some theory upon which the judgment may be sustained; and, where the brief filed appears reasonably to sustain the assignments of error, the court may reverse the judgment in accordance with the prayer of the plaintiff in error or the rights of the parties.

(Syllabus by Bleakmore, C.)

*Error from District Court, Coal County;*
*Jesse M. Hatchett, Judge.*

Action by V. Bonham and another against Nick Parris and another. Judgment for defendants, and plaintiffs bring error. Reversed and remanded.

*Fooshee & Brunson,* for plaintiff in error.

Opinion by BLEAKMORE, C. This case presents error from the district court of Coal county. The plaintiffs in error in due time have filed herein their petition in error with case-made attached, and in compliance with the rules of this court have served and filed their brief. The defendants in error have not served and filed a brief, and have offered no excuse for such failure. Under such circumstances, this court is not required to search the record to find some theory upon which the judgment may be affirmed; and, where the brief filed appears reasonably to sustain the assignments of error, the court may reverse the judgment in accordance with the prayer of the plaintiff in error or the rights of the parties.

From an examination of the brief filed we are of opinion that the grounds for reversal therein set forth are well taken. The judgment of the trial court should therefore be reversed, and the cause remanded.

By the Court: It is so ordered.